UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JOSE ALBERTO GARCIA-PEREZ,<br>Plaintiff. | Case No. 24-cv-03473-CRB  (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    On July 8, 2024, the post office returned the court's mail to plaintiff as undeliverable and unable to forward.  ECF No. 5 at 1.  Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

    The clerk is instructed to close the file and terminate all pending motions as moot.

    **IT IS SO ORDERED**.

Dated: September 9, 2024

_____
CHARLES R. BREYER
United States District Judge